Entered: March 28th, 2023
Signed: March 27th, 2023
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
At Greenbelt

| | |
|---|---|
| IN RE: : | |
| : | |
| JASON EDWARD DIXEY : | Case No. 22-13111-LSS |
| : | (Chapter 13) |
| Debtor : | |

**ORDER GRANTING APPLICATION OF DAVID E. LYNN**
**FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

David E. Lynn, P.C. ("**Applicant**"), attorney for the Debtor herein, has applied to this Court to allow compensation (the "**Application for Compensation**") in the amount of $9,702.00 for legal fees and $418.69 as reimbursement for out-of-pocket expenses, for the period from June 1, 2022 through February 23, 2023. Upon consideration of that Application for Compensation, and the responses thereto, if any, and for good cause shown, it is, by the Court

ORDERED: That the Application for Compensation is granted, and it is further

ORDERED: That David E. Lynn is allowed legal fees of $9,702.00 and reimbursement of costs of $418.69, less the pre-petition retainer of $3,500.00, for a net allowance of $6,620.69, to be paid as an administrative expense of this case.

Copies (via CM/ECF) to:
David E. Lynn, Esq.
Rebecca A. Herr, Esq.
and by first-class mail to the Debtor

**END OF ORDER**